# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 50026-1 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| ADRIAN C. PETERS | ) | (Magistrate Judge Iain D. Johnston) |

## REPORT AND RECOMMENDATION

This matter coming before the Court on the government's motion and the Court being fully advised finds as follows:

(a) On or about July 6, 2015, an order setting conditions of release was signed permitting the release of the defendant. Among other conditions, the order directed that bond be posted in the amount of $15,000.00 secured by $15,000.00 cash;

(b) According to the terms of the release order, defendant Adrian C. Peters was released from custody and directed to comply with the conditions of his release;

(c) Defendant has violated the conditions of his bond by failing to appear in Court on June 30, 2016 as ordered. A warrant was issued for the defendant's arrest on that same day;

(d) On August 3, 2016, this Court declared that the conditions of defendant's bond were breached, and the bail was forfeit.

Accordingly, it is this Court's Report and Recommendation that the District Judge ORDER, DIRECT, and ADJUDGE

(1) That a default judgment in the amount of $15,000 be entered against the defendant, Adrian C. Peters for the full amount of the bond;

(2) That any funds posted with the Clerk of the District Court as bail including interest and less any Registry fee be released to the United

States in full satisfaction of the default judgment to be disposed of according to law; and that it be further ordered,

(3) That this Court retain jurisdiction of this matter to take such additional action and enter further orders as necessary to implement and enforce this order.

Any objection to this Report and Recommendation must be filed by October 6, 2016. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

ENTER:

IAIN D. JOHNSTON
United States Magistrate Judge

Date: September 19, 2016