IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 15 CR 50026 |
| | ) | |
| Adrian C. Peters, | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") from the magistrate judge that this court enter a default judgment in the amount of the appearance bond posted in this case in consequence of defendant fleeing the jurisdiction. Any objection to the R&R was to be filed by October 6, 2016. No objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R [35] and finding no error, the court adopts the R&R in full and grants the government's motion for judgment of default [33]. Default judgment in the amount of $15,000 is entered against defendant and in favor of the United States, and the clerk is directed to release the funds held less any Registry fee to the United States in full satisfaction of the default judgment. This court retains jurisdiction to enforce this order.

Date: 10/7/2016    ENTER:

_____
FREDERICK J. KAPALA

District Judge