UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ADRIAN C. PETERS, a/k/a<br>ADRIAN WERSHIN, ADRIAN<br>PETERS-WERSHIN, ACE PETERS<br>ACE 175, and KRIXADE | No.   15 CR 50026<br><br>Judge Matthew F. Kennelly |

## PARTIES' JOINT STATUS REPORT

As ordered by the Court, the parties submit the following joint status report.

The parties are working to reach agreement on a guilty plea. It is expected that agreement can be reached by November 4, 2019, the date currently set for a status before this Court. On or before October 31, the parties will advise the Court about proceeding with a change of plea on November 4.


Respectfully submitted,

| | |
|---|---|
| JOHN R. LAUSCH, JR.<br>United States Attorney | ADRIAN C. PETERS<br>Defendant |
| By:/s/ *Michael D. Love*<br>MICHAEL D. LOVE<br>Assistant United States Attorney<br>327 S. Church Street, Suite 3300<br>Rockford, Illinois  61101<br>815-987-4444 | By:/s/ *Jill M. Skwor*<br>JILL M. SKWOR<br>Attorney for Defendant<br>401 West State Street, Ste 800,<br>Rockford, Illinois 61101<br>815-961-0800 |

# CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that on October 9, 2019, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

PARTIES' JOINT STATUS REPORT

was served pursuant to the district court's ECF system as to ECF filers.

    /s/ *Michael D. Love*
MICHAEL D. LOVE
Assistant United States Attorney
327 South Church Street, Suite 3300
Rockford, Illinois 61101
(815) 987-4444