# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

October 12, 2021

Before

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| No. 21-1003 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>ADRIAN C. PETERS, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:15-cr-50026-1<br>Northern District of Illinois, Western Division<br>District Judge Matthew F. Kennelly ||

    The judgment of the District Court is AFFIRMED, in accordance with the decision of this court entered on this date.