UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 50026 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| ADRIAN C. PETERS | ) | |

**FINAL ORDER OF ABANDONMENT**

The United States moves for entry of a final order of abandonment pursuant to Title 28, United States Code, Section 1651 and Title 41, Code of Federal Regulations, Section 128-48.1, and in support thereof submits the following:

(a) On June 30, 2015, an indictment was returned charging defendant Adrian C. Peters with production of child pornography, in violation of 18 U.S.C § 2251(a) (Counts One through Twelve).

(b) On November 4, 2019, pursuant to Fed R. Crim. P. 11, defendant Adrian C. Peters entered a voluntary plea of guilty to the indictment.

(c) During the investigation that led to the indictment in this case, law enforcement officers seized a Hitachi hard drive with serial number F32SG0WD and a Levonvo IdeaPad U530 Touch laptop computer, model 20289, with serial number QB07697478 ("the seized property").

(d) On December 12, 2019, pursuant to Fed R. Crim. P. 11, defendant Adrian C. Peters entered a voluntary plea of guilty to Counts 5, 11, and 12 of the indictment. Pursuant to the terms of the plea agreement, defendant Adrian C. Peters agreed that the seized property was involved in the offense as alleged in of the indictment. Further, defendant Adrian C. Peters agreed to forfeit his interest in the seized property.

(e)     On October 26, 2022, pursuant to the provisions of 28 U.S.C. § 1651 and 41 C.F.R. § 128-48.1, this Court entered a preliminary order of abandonment directing the United States to seize and take custody of the seized property. Additionally, the United States was ordered to publish notice of the United States' intention to forfeit the seized property and to dispose of it according to law.

(f)     Beginning on November 11, 2022, and continuing for three consecutive weeks ending on December 10, 2022, the United States published notice of its intention to forfeit the seized property on the following government internet web page: *www.forfeiture.gov*.

(g)     All ECF filers received a copy of the preliminary order of abandonment.

(h)     To date, no petitions have been filed requesting a hearing to adjudicate any interest in the seized property, and the time in which to do so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.      The government's motion for entry of a final order of abandonment is granted. It is further ordered,

2.      That, pursuant to the provisions of 28 U.S.C. § 1651, 41 C.F.R. § 128-48.1, and the defendant's plea agreement, all right, title and interest of Adrian Peters, and any other third party, has in the following property is hereby relinquished and abandoned to the United States of America for disposition according to law: a Hitachi hard drive with serial number F32SG0WD and a Levonvo IdeaPad U530 Touch laptop computer, model 20289, with serial number QB07697478. It is further ordered,

3.      That, upon entry of this final order, the United States shall have clear

title to the foregoing seized property and shall dispose of the property according to law, including destruction. It is further ordered,

    4.    This Court shall retain jurisdiction over this matter to take any additional action and enter further orders as necessary to implement and enforce this order.

_____
MATTHEW F. KENNELLY
United States District Judge

Dated: 1-27-2023